UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 02, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUKE BURROUGHS,

    Defendant.

Case No. 2:20MJ00148-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUKE BURROUGHS ,

Case No. 2:20MJ00148-AC  Charge 18USC § 1956(a)(3)(B) , from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

      xx   Unsecured Appearance Bond $  50,000.00

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

      X   (Other): Pretrial conditions as stated on the record.

Issued at Sacramento, California on October 02, 2020 at 2:00

By: *Allison Claire*

Magistrate Judge Allison Claire